JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AUGUSTIN DIAZ, | ) | Case No. CV 06-1588-ABC (OP) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS L. CAREY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 25, 2010

_____
HONORABLE AUDREY B. COLLINS
Chief United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge